AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| CHARLES DURANDO | Case Number: 8:08-CR-72-T-24TBM<br>USM Number: 19732-112 |
| _____/ | Dionja Dyer, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of Conditions One, Two, Three, Four, Five, Six, Seven & Eight of the terms of supervision. See below.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Positive urinalysis for cocaine in violation of Condition Seven of the Standard Conditions of Supervision | January 22, 2008 |
| 2 | Use of alcohol on January 31st, 2008, the defendant admitted to his arresting police officer that he consumed alcoholic beverages. | January 31, 2008 |
| 3. | Positive urinalysis for cocaine on March 31, 2008 in violation of Condition Seven of the Standard Conditions of Supervision. | March 31, 2008 |
| 4 | Failure to participate in Drug Aftercare Treatment on April 14, 2008, the defendant was unsuccessfully discharged from drug treatment after missing a group therapy session and missing a urine collection, as well as continued drug use. | April 14, 2008 |
| 5 | New criminal conduct Possession of Aprazolam, on April 12, 2008, in violation of Standard Conditions of Supervision. | April 12, 2008 |
| 6 | New criminal conduct Possession of marijuana, on April 12, 2008, in violation of the Standard Conditions of Supervision. | April 12, 2008 |
| 7 | Positive urinalysis for cocaine on June 5, 2008, in violation of Condition Seven of the Standard Conditions of Supervision. | June 5, 2008 |
| 8 | New criminal conduct Driving While License Suspended or Revoked, on April 12, 2008, in violation of the Standard Conditions of Supervision. | April 12, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

DEFENDANT: CHARLES DURANDO  Judgment - Page __2__ of __3__
CASE NUMBER: 8:08-CR-72-T-24TBM

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: June 24th, 2008

_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date ____June 24th, 2008____

DEFENDANT: CHARLES DURANDO  
CASE NUMBER: 8:08-CR-72-T-24TBM

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TWELVE (12) MONTHS AND ONE (1) DAY. NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

     ____ at _____ a.m.   p.m.   on _____.

     ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ____ before 2 p.m. on _____.

     ____ as notified by the United States Marshal.

     ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____  
DEPUTY UNITED STATES MARSHAL